IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **GARDEN CITY BOXING** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:03-2451-B/An |
| **P & C CAFÉ, INC. d/b/a P & C Cafe a/k/a AFTER DARK BAR & GRILL** | ) |
| Defendants. | ) |

## ORDER GRANTING REQUEST FOR ENTRY OF DEFAULT

Upon the Motion for Entry of Default, entered on February December 11, 2003, entry of **DEFAULT IS HEREBY GRANTED** against the defendant, P & C Café, Inc. pursuant to FRCP 55(a).

On June 16, 2003 this Court filed the summons returned executed to P & C Café as executed on September 9, 2003. Defendant had twenty days within which to answer or otherwise plead. Defendant P & C Café, Inc. has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

In compliance with Rule 55(a), FRCP., plaintiff's motion for entry of default against the above-named defendant is **GRANTED**. In accordance to Rule 55(c) for good cause shown, the court may set aside an entry of default.

Entered this 22nd day of April, 2005.

ROBERT R. DI TROLIO
Clerk of Court

By: *Judy Easley*
Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-22-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:03-CV-02451 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Wayne D. Lonstein
LONSTEIN LAW OFFICE PC
1 Terrace Hill
P.O. Box 351
Ellenville, NY 12428

Honorable J. Breen
US DISTRICT COURT