IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

GARDEN CITY BOXING CLUB, INC.,
As Broadcast Licensee of the June 8, 2002
LEWIS/TYSON, Program,

    Plaintiff,

v.                                    No. 03-2451-B/An

P & C CAFÉ, INC. d/b/a P & C CAFÉ
a/k/a AFTER DARK BAR & GRILL, et al.,

    Defendants.

## ORDER OF REFERENCE

This matter is referred to the United States Magistrate Judge for a hearing on damages and for a report and recommendation. Any objections to the magistrate judge's report and recommendation shall be made within ten (10) days after service of the report, setting forth particularly those portions of the report objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's report will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 6th day of June, 2005.

                J. DANIEL BREEN
                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 06/13/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:03-CV-02451 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Wayne D. Lonstein
LONSTEIN LAW OFFICE PC
1 Terrace Hill
P.O. Box 351
Ellenville, NY 12428

Honorable S. Anderson
US DISTRICT COURT