UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -8  AM 9: 12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| **GARDEN CITY BOXING CLUB, INC.**<br>As Broadcast Licensee of the June 8, 2002<br>LEWIS/TYSON Program, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **P & C CAFÉ, INC. d/b/a P & C CAFÉ**<br>**a/k/a AFTER DARK BAR & grill,** | **CASE NO: 2:03-2451-B** |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Adopting Magistrate Judge's Report & Recommendation entered on September 2, 2005, this cause is hereby dismissed.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

9/7/05
Date

THOMAS M. GOULD
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-8-05

(31)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:03-CV-02451 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Wayne D. Lonstein
LONSTEIN LAW OFFICE PC
1 Terrace Hill
P.O. Box 351
Ellenville, NY 12428

Honorable J. Breen
US DISTRICT COURT